Raul A. Garibay, P.98953
C.M.C.-WEST, U2-04-33U
P.O. BOX 8103
San Luis Obispo, CA 93403



TO THE CLERK'S OFFICE OF THE
U.S. NORTHERN DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102
-3483

LEGAL MAIL
CONFIDENTIAL CORRESPONDENCE
- PURSUANT TO CCR (15) §3141 (a)(1)(A)(5)