IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 1 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raul A. Garibay
Plaintiff,

v.

John Marshall - Warden
Defendant.

CASE NO. C 07 5338 (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Raul A. Garibay, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes  X    No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___Ø___    Net: ___Ø___

Employer: Calif. Men's Colony-West (Dorm Porter)

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

NA

NA

(rev. 5/96)                                    8

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment            Yes _____ No _X_
b. Income from stocks, bonds, or royalties?           Yes _____ No _X_
c. Rent payments?                                     Yes _____ No _X_
d. Pensions, annuities, or life insurance payments?   Yes _____ No _X_
e. Federal or State welfare payments, Social Security or other government source?   Yes _____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

____na_____

____na_____

3. Are you married?    Yes _____ No _X_

Spouse's Full Name: __na__

Spouse's Place of Employment: __na__

Spouse's Monthly Salary, Wages or Income:

Gross $__na__                         Net $__na__

4. a. List amount you contribute to your spouse's support:

$ __na__

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

__na__

__na__

5. Do you own or are you buying a home?   Yes _____ No _X_

Estimated Market Value: $__na__   Amount of Mortgage: $__na__

6. Do you own an automobile?   Yes _____ No _X_

Make __na__                 Year __na__   Model __na__

Is it financed? Yes _____ No _X_   If so, Total due: $ __na__

Monthly Payment: $ __na__

(rev. 5/96)                              9

7.   Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __X__

Name(s) and address(es) of bank: __na_____

__na_____

Present balance(s):  $ __na_____

Do you own any cash?   Yes _____   No __X__   Amount:  $ __na____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No _____

__na_____

8.   What are your monthly expenses?

Rent:  $ __na_____   Utilities: __na_____

Food:  $ __na_____   Clothing: __na_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ __na__ | $ __na__ |
| _____ | $ __na__ | $ __na__ |
| _____ | $ __na__ | $ __na__ |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

__na_____

__na_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__10-2-07__,                    ⊗ _[signature]_____
   DATE                              SIGNATURE OF APPLICANT

(rev. 5/96)                           10

Case Number: _____

C 07 5338 CW (PR)

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Raul A. Garibay_ for the last six months at
[prisoner name]
_California Men's Colony-W_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _statement attached_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _statement attached_

Dated: _10/9/07_          _____
                         Authorized officer of the institution
         ✱ See trust Acct. @ bottom
           (signature and date)

(rev. 5/96)                    11

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 09, 2007 THRU OCT. 09, 2007

ACCOUNT NUMBER : P98953                BED/CELL NUMBER: WFU1040000000033U
ACCOUNT NAME   : GARIBAY, RAUL A.      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  -----------   -------   ---------  --------   -----------   -------

04/09/2007     BEGINNING BALANCE                                              0.00

08/13*DD30 CASH DEPOSIT    16718-1                  18.00                    18.00
09/07*DD30 CASH DEPOSIT    16858/3                  22.50                    40.50
09/13 FC02 DRAW-FAC 2         CW2                              30.50         10.00
09/18 W508 NOTARY CHARGE   1248                                10.00          0.00


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE     DESCRIPTION              COMMENT      HOLD AMOUNT
  ------     ----     -----------              -------      -----------
 10/03/2007  H118  LEGAL COPIES HOLD            1533            8.70


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/03/00               CASE NUMBER: CC060531
COUNTY CODE: SCL                       FINE AMOUNT: $ 10,000.00

   DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  ------     ------   -----------              -----------    -------

 04/09/2007  BEGINNING BALANCE                                 9,810.00

 08/13/07    DR30   REST DED-CASH DEPOSIT        20.00-        9,790.00
 09/07/07    DR30   REST DED-CASH DEPOSIT        25.00-        9,765.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL         CURRENT       HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS      BALANCE      BALANCE     TO BE POSTED
  ---------   ----------   -----------     ---------    ---------    ------------
     0.00        40.50         40.50          0.00         8.70           0.00
```



```
          THE WITHIN INSTRUMENT IS A CORRECT            CURRENT
          COPY OF THE TRUST ACCOUNT MAINTAINED          AVAILABLE
          BY THIS OFFICE.                               BALANCE
          ATTEST:                                       ---------
          CALIFORNIA DEPARTMENT OF CORRECTIONS
          BY  Ronald Hilling  10/9/07                     8.70-
                TRUST OFFICE
```