IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL A. GARIBAY,

       Petitioner,

  v.

JOHN MARSHALL, Warden

       Respondent.
_____/

No. C 07-05338 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal,

    IT IS ORDERED AND ADJUDGED

    That Petitioner's Petition for Writ of Habeas Corpus is dismissed pursuant to 28 U.S.C. § 2244(b), and that each party bear its own costs of action.

    Dated at Oakland, California, this 7th day of February, 2008.

                          RICHARD W. WIEKING
                          Clerk of Court

                  By: *Sheilah Cahill* _____
                          SHEILAH CAHILL
                          Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAUL A. GARIBAY,

        Plaintiff,

v.

JOHN MARSHALL et al,

        Defendant.

Case Number: CV07-05338 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul A. Garibay
P98953
CMC - West, U1-D4-33U
P.O. Box 8103
San Luis Obispo, CA 93403

Dated: February 7, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk